| | | | |
|---|---|---|---|
| Com. v. Lake | 49 MDA 2016<br>Affirmed | 09/09/2016 | CP–67–CR–0007090–2013<br>(York) |
| Com. v. Aponte | 167 MDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 09/09/2016 | CP–06–CR–0005964–2014<br>(Berks) |
| Com. v. Aponte | 168 MDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 09/09/2016 | CP–06–CR–0005965–2014<br>(Berks) |
| Com. v. Aponte | 169 MDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 09/09/2016 | CP–06–CR–0005966–2014<br>(Berks) |
| Com. v. Aponte | 170 MDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 09/09/2016 | CP–06–CR–0005968–2014<br>(Berks) |
| Com. v. Aponte | 171 MDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 09/09/2016 | CP–06–CR–0005971–2014<br>(Berks) |
| In the Interest of B.L.; Appeal of E.L. | 201 MDA 2016<br>Affirmed | 09/09/2016 | CP–36–DP–0000197–2015<br>(Lancaster) |
| Com. v. Sirmons | 261 MDA 2016<br>Affirmed | 09/09/2016 | CP–14–CR–0001770–2014<br>(Centre) |
| In re A.O.; Appeal of Lackawanna County | 502 MDA 2016<br>Reversed and<br>Remanded | 09/09/2016 | A–2–2016<br>(Lackawanna) |
| In re J.M.M., II; Appeal of A.G. | 663 MDA 2016<br>Affirmed | 09/09/2016 | 115 of 2016<br>(Lancaster) |
| Com. v. Skundrich | 1433 WDA 2014<br>Affirmed | 09/09/2016 | CP–02–CR–0012621–2010<br>(Allegheny) |
| Com. v. Peterson | 924 WDA 2015<br>Vacated | 09/09/2016 | CP–02–CR–0001812–2008<br>(Allegheny) |
| Com. v. Laverde | 1094 WDA 2015<br>Affirmed | 09/09/2016 | CP–63–CR–0002433–2009<br>(Washington) |
| Com. v. Nestor | 1095 WDA 2015<br>Affirmed | 09/09/2016 | CP–63–CR–0002433–2009<br>CP–63–CR–0002437–2009<br>(Washington) |
| Com. v. Gergerich | 1129 WDA 2015<br>Affirmed | 09/09/2016 | CP–02–CR–0013138–2012<br>(Allegheny) |